Filed for Record
11/3/2023 2:38 PM
Cassandra C. Tigner, District Clerk
Brazoria County, Texas
116135-CV
Tracy Weeks, Deputy



# BRAZORIA COUNTY DISTRICT CLERK
## CASSANDRA TIGNER

**Process Request – Please Type/Print All Information**
*One request for each party being served.*

**Cause No.** 116135-CV

**Document(s) to be Served:** Plaintiffs' Second Amended Petition

**Name of Party to be Served:** Nissan North America, Inc.

**Registered Agent (if applicable):** Corporation Service Company d/b/a CSC-Lawyers INCO

**Service Address:** 211 E. 7th Street, Suite 620

**City, State, Zip:** Austin, Texas 78701

**Service by: (check one)**

- ☐ BCSO Bo Stallman
- ☐ Constable David Thacker Pct. 1
- ☐ Constable Willie Howell Pct. 2
- ☐ Constable Buck Stevens Pct. 3
- ☐ Constable James Brawner Pct. 4

- ☒ Certified Mail   ☐ Restricted   ☒ Non-Restricted
- ☐ Return to Attorney by Mail: _____
- ☐ Email: _____
- ☐ Pick up by (Name): _____

- ☐ Publication (Name & Address of Newspaper) _____
- ☐ Publication to OCA Portal/Website # of days _____
- ☐ Posting at Courthouse Door

**Family –**
Relief Requested (Required): _____
Date of Birth/Place of Birth for Each Child (Required): _____

**Civil** – As per TRCP 115, attach legal description of property if applicable and state relief requested.
Relief Requested (Required): _____
Property Description: _____

When Service is by SHERIFF/CONSTABLE, please provide as much information as possible by completing the blanks to expedite service.

**Description:**
☐ Male ☐ Female   Date of Birth _____ Race _____ Eyes _____ Hair _____
Tattoos, Scars, Facial Hair, Glasses, etc. _____
Other address person may be found: _____
Gate Access Code _____   Building Number _____
Descr. of house (i.e., trailer park, subdivision): _____
Cell/Home Phone: _____   Work Phone: _____
Any vehicles? Yr _____ Make _____ Model _____ Color _____ LP# _____
Best time to Serve:   ☐ Days   ☐ Evenings   ☐ Nights
Name and address of Employer: _____
List any other information the deputies should know. For example, is party being served known to be violent, owns weapons, mental or physical illness, dogs in yard, locked gates, etc.?
_____

**Service requested by:**
Name and Email: Christopher Bradshaw-Hull; c_bradshawhull@hotmail.com
Cell/Home Phone: 713-254-9638   Work: 713-523-0818

S:forms>forms>Process Request                                June 22, 2022

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christopher Bradshawhull on behalf of Christopher Bradshawhull
Bar No. 02841300
c_bradshawhull@hotmail.com
Envelope ID: 81293079
Filing Code Description: REQUEST
Filing Description: Process Request Form
Status as of 11/6/2023 10:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher ABradshawhull | | c_bradshawhull@hotmail.com | 11/3/2023 2:38:54 PM | SENT |
| Jeannie Douglas | | jamm669@aol.com | 11/3/2023 2:38:54 PM | SENT |

Copy from re:SearchTX